Case 2:24-cv-00405-MKD    ECF No. 1    filed 12/04/24    PageID.1    Page 1 of 13

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

2:24-cv-00405-MKD

Dec 04, 2024

SEAN F. McAVOY, CLERK

[HEADNOTE PROBAUZA-demerits] [PRIMA FACIA] HEADNOTE: CITE SECURES OPERATORUN MEMORANDUM, CODE Qmm-FRD-KT9 ORIGANL COPIES NON-CROSS IDENTAL BRIEF, OFFICAL RECORDS Statute

[proof of ment]

SCOTT WESLEY HUMPHREYS
PLAINTIFF DOC 372442.
VB 31U AIRWAY HIGHTS, WASHINGTON, CORRECTIONAL CENTER, SUBJECT TO CHANGE

CHRYL CASE MGR/DINZ STATE OF WASHINGTON, NEW CASE MGR SENTENCING JUDGE COWLITZ COUNTY WA. 98626
JASEN B COUEY
STATE OF WASHINGTON DEFENDANT
COUNSLER WARFIELD.
DOC PRINCPLE MEDCAL, FWDEP5W
RON HAINS, BOB FERGSON,
Former counsler Ms. FOCHEMA SHELTON WASHINGTON, here in as Officer GERid BAMY SHELTON WASHINGTON HUTSON michell, SHELTON WASHINGTON, Phone# for NEW CASE MGR SHERYLL 253-2970, 253-5952860 PROPERTY MGR. AIRWAY HIGHTS

BOBFERGSON ADDRESS 1125 WASHINGTON ST SE PO BOX 40 100 OLYMPIA WA. ZIP 98504 CENSURED EXPOST-FACTO. MICHIEL EVIDUES CANSURED. COWLITZ COUNTY WASHINGTON ZIP 98626 KEISO SUPERIOR COURT, Mike HUTSON DOC officer SHELTON, OMBUDS # WA 23071 P9JO August 27 2024 ATTACH CASE# WA 23184 miKS REVISED SEP 9 24 from SHELTON WASHINGTON, B Bolicyr AIRWAY HIGHTS Ms WARFIELD counsler

STATUS (22) Cite STRICKLAND V. WASHINGTON, RIGHT TO CONFLICT FREE COUNSEL SPOKANE DISTRICT COURT, [SEE RCW 7.36], PLASE A HOLD AND SEE RCW INCLUDING BUT NOT LIMITED TO 8.3 HEREING FREEZE ON ALL ACCOUNTS, CLERKS ACTIONS REQUIRED, UNDER THE COLOR of STATE LAW, IN-INDIVUN AND OF OFFICAL CAPISTYS, PLAINTIFF SEEKS PROCORM AND OF OVERSIGHT RULEING, [cite RIPENESS DOCTRINE] MANAFEST-CLAIM IN-JUSTICE UNDER THE GOVERNMENT CODE 94.7 ANTI S.L.A.P. ACT NO AMUNITYS ARE GRANTED. CITE HALL V. DIRECTOR OF CORRECTIONS, HAS THE DUTY TO CORRECT EVIDENCE HE KNOWS ARE FALSE. RESLOUTIONS, SUBMITTED, CITE JONES V. BONK (2005) U.S. CITE CIVIL RULE 60 B4, NEWLY DISCOVERD EVIDENCE, CITE ARTICLE 1, SECTION 9 OF WASHINGTON STATE CONSTITUTION. YOU MAY NOT BE PLASED IN DOUBLE JEPORTY OR TWICE CHARGED FOR THE SAME OFFICENCE, MOVES THIS HONORABLE COURT TO AMEND AND RULE IN FAVOR OF PLANTIFF CITE POOR DEPTORS TORTS ACT, HANES V. KERNER (1972) APPLYED, INTERPED NEEDS VETTED, CITE MODDY V. MCDANUAL NEW WAY 60 PUBLIC LIBRARY IN FAVOR OF PLANTIFF.

HEADNOTE CYNTHIA DEOYSER (AOC) ADMINISTOR OF THE COURTS NOTIFIED AARON WILIMS NEW ATTORNEY GENERAL AND SECUTARY OF STATE STEVE HOBBS NOTIFED, FBI NOTIFED CERTIFIED MAIL, UNITED STATES MARTIALS SERVICE AND DEPUTY MARTIALS SERVICE NOTIFED, CERTIFED MAIL NOTE S.S.I# BlocKED, OMBUDS NOTIFED GR 46 APPIYED IF NOT RULED IN PLANTIFFS FAVOR. SEEKING FOR FUTHER INVESTIONS TO PROSIST, COMES NOW PRO-SE - AND LFP STATUS, PLANTIFFS, STATEMENT OF CLAIMS FOUND IN §1983 CIVIL RIGHTS ACT, SEEKING A STAND AND SUE CLAIM, WRONGFULL CONVICTIONS ACT, ALLEN V. LOUIS 2018 US. ALLEN V. CITY OF SAINT LOUIS, NO NEGITAVE APPLET HISTORY. STATE V. JANES ONGOING ABOUSE, PRINCE V. UNITED STATES. U.S.

HEAD NOTE PAGE2. Cite WAC.654. VIOLATED FOGERY. WHILE EN PRISON. Restoutions. ied. (2)
CITE AND APPLY U.S. V CALAPHORINA PIANTEFF HAS A PROTECTED INTRUST
IN THERE GOODTIME CREDITS. KTOWN ALLITAO, SONUA SOTMERE, ALENA KEGON
INCREMENTS OF 3)
AFFERMED. COMPELLS THIS HONORABLE COURT TO SEEK A NON moot
RULEING, NON-RED HEREING RULEING ~~SH~~ FOWERD TOO A NETURAL
COURT, ~~SH~~ AS OF 1989 D.O.C. SHALL ATTMPT TO NOTIFY
YOU OF A COLLATTERAL ATTACK. THIS DID NOT ACCURE, CITE 1st
3RD FEDERAL COURT OF APPEALS LOUISANA GEORGIA AFFERMED VERBLE
GREEVENCES ARE PROTECTED RIGHTS. NOTE CONFLICTING CASE #
ORIGNAIL 12-1-01463-6, CITE TO BRENS CASE FROUD, 1890. TRINTANY ORASCO
PASCO NOTIFED CERTIFED MAIL ON OF ABOUT AUGEST 20/24 FROM
(X2) SHELTON WASHINGTON U.S. MAIL
COTTERIDGE CORRECTUNNAL CENTER WASHINGTON STATE. 4 LEGAL BOXS
FROM SHELTON CORRECTIONAL CENTER with TWO UNITED STATES
PRESENDENTS CERTIFED NAMES AND 9 FEDERAL JUDGES NAMES 6. SUPERIOR
COURT JUDGES NAMES, CERTIFED, UNITED STATES ATTORNEY OFFICE
NOTIFED CERTIFED MAIL. APPLY BLEZNCA CASE. L.F.O: PARLAYED 7.1 HILLION
SH
DOLLARS. Cite ABA. AMERICAN WITH DISABELITYS ACT, BRADY ACT, WITHHOLDING
OF ALL EXCULPATORY EVIDENCE, 1963, 1972, 1991, OLYMPIA, TUMWATER NOTIFED.
APPLY RCW. 72.01.G60 OFFICAL MISCONDUCT R.C.W. 9.A. 80.010 INCLUDENG BUT NOT LIM
((X5) Cite BRUCE V. YISK RETALATION CLAIM
ITED TO POLICY # 05-170, 42320 PLASED AS FOUND, USC 150-05 OBSTRUCTI
ON OF JUSTICE, RETROACT FULLY, WIPIC 16.02. DEFENCE OF OTHERS VIOLATED
RCW 42.56 AND RCW 10.73.100. NEWLEY DISCOVERD EVIDENCE, RCW 10.73.120
PUBLIC DISCLOSURE ACT, FIRST STEP ACT, BETTERMENT ACT, HOBBS JAMMA ACT C.I.C.2
SERVICE                                                EQUITY
INTERNAL REVENUAL ~~SH~~ KORSK COMMISSEON, COMMION LAWS AND THE EQUITY

HEAD NOTE 3. CITE EVSTENE CLOUD 3 BREACH OF STATUTETORY DUTYS COSTUDAL MISCONDUCT, TEXAS 9 (3) FROUTS FORM THE POISONUS TREE DOCTRENE, SEVEARE MODIVICATION OF EVIDENCE, BY COWLITZ COUNTY SHERIFFS OFFICE, Cite STATE V. WENTER STEEN, INDEPENT SOURSE, Cite P.R.P. OF TRUPLE, AND KING FIVE NEWS DAVID GEORGE CASE LAW COST, Cite POLLICK FARMERS SLOAN AND TRUST CORPRATION FEDERAL TAXES ARE STRICKLY VOLINTARY, UNITED STATES SUPREME COURT RULEING, 1840 C r R 3.2. BINDS ALL PARTYS; NOTE DOC ACESS GMNE, TAS. SYSTEMS, F.B.I ACESS CODES, NIXE SYSTEM, CITE TO BEVENS DOCTRENE STATE OFFICALS ARE MONTARY LEABLE ON THE SAME BASES AS FEDERAL OFFICALS. NOTE, MANDAMUS, OF DILK CHANEY, Cite TO JASEN VAN DICK CASE LAW SAN FRACO CALAPHOREDA, DON SIEDGE CASE WASHINGTON STATE, SEEKING A S.J.S. S.JT OUT OF COURT SETTLEMENT, ATTACH ARTICLE 25 MEDECAL MAL PRATICE, ROMAN NUMERAL II HIPA-HIPPA CRITIC OATH VIOLATED, APPLY INCLUDING BUT NOT LIMITED TO FIRST, FOURTH, FIFTH AND INCLUDEN 6 BUT NOT LIMITED TO EIGHTH AMENDMENTS OBJECTIVE PRONG VIOLATED. APPLY THE SUPREMCY CLAUSE 1940, ENJOYS SUPREMECY OVER ALL STATE CONSTITUTIONAL LAWS. MONTENGRAY V. ALLABAMA HAS TO BE ARGUED BEFORE RETROACTFULLY APPLICATION APPLYED. CHARGING DOCKET, TRANSCRIPS, RAP SHEET. AMECA BREEF GRANTED FOR FREE, NIXEN OVERREDES WATERGATE VIOLATING THE JANKES ACT, U.S. V. CIMBRENO, SEEKING A EMETE RELECE ORDER (A) IN Te Ruff a 10, 652 BR. 583, Cite CASES PROCEDURES FOR RE OPEN CLOSED CASES, NON-CROSS IDENTAL BREEF FOWORD TO ALL INVOLVED. PARTYS. E FILED WITHOUT PREJUDICE UNDER THE COLOR OF STATE LAW. DOWN LOAD TO ALL STATE, LOCAL, FEDERAL, INTERNATUNL BREEF BANKS. FOOTNOTE CITE FISHER V. HOLLINGSWORTH 115 F 4TH 197 UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUT, FEB, 8, 24 ARGUED, AUGEST 15 DECIDE

HEAD NOTE: Cite BROOKS V. CITY OF SEATTLE; HANES V KERNER. ~~405~~ /1972 U.S. ④
CASE LAW. STATE V. JUDGES.
NOTE, PLANTIFF SUBMITTED MOTIONS TO TRANSPORT. MOTIONS TO RECALL
THE SENTENGENG REFORM ACT PASSED, THE ~~GEORGE FLOYED POLICE REFORM~~ ACT
PASSED. THE FIRST STEP ACT PASSED. THE POLICE REFORM ACT, PASEED
SEE ~~BREANA~~ TAYLOR ~~CASE~~; THE BAIL REFORM ACT PASSED, Cite
FRED GRAY CASE, REGNAL DENNY, FERGSON AFFECT CASE
LAW, Cite U.S. V. TEXAS, GRACY BROCK CASE LAW LONGVIEW
WASHINGTON. APPIY BLAKLEY-APENDI, JAMES HOFFA CASE
LAW. PLANTEFFS BAIL ARE 500K VIOLATEING INCLUDING BUT
NOT LIMITED TO THE EIGHTH AMENDMENT OF THE UNITED STATES.
CITE TO COUNTER SIGNATURE VIOLATEON.(IE) ~~~~ FOGERY
INCLUDING BUT NOT LIMITED TO W.A.C. 6.5.4. Cite MIKE SLEDGE
JASEN VANDECK CASE LAW, SEE STEVE BROCASKI CASE
NEW ENGLEND PATREATS. N.F.L. Cite THE SCOTT ISREAL SUSPENDED
BY GOVERNOR CASE, Cite TITLE 3 U.S. CODE CHAPTER 1
SECTION 3. UNITED STATES TREBLE CLAIMS HOIDS A DES
SECTION. WHEN PRISON WALLS OF REGLATIONS VIOLATES
A FUNDEMANTAL CONSTITUTEOUAL RIGHT. THE UNITED STATES SUPREME
COURT STEPS IN TO PROTECT THOSE RIGHTS, MAP V. Ohio NEEDS TO BE
ARGUED, GIDDEN V. WANERIGHT UNSEALED EVIDENCE MAY NOT BE
USED TO ENHANCE A SENTENCE, Cite LOSS OF CONSORTUM DERLICTION

of DUTYS, Cite GUILTY BEFORE PROVEN INNCENT MICHELL B. (5) NUFUNG, NORTH CARLINA CASE, Cite BRIGHLINE RULES VIOLATED. BLOCK RULE VIOLATED, ~~violated scodus~~ Cite HECK v. HUMPHREY. DISBARED BY SUPENDING THE RULES AND AMENDING INFAVOR of PLANTIFF, Cite Tayler v. Tayler 1970 U.S. LEXAS 2384 NO SUBSEQUENT appellate HISTORY. writ of Certiorari and motion GRANTED." NOTE writ of ERROR AND writ ~~...~~ coram nobis Filed, DOC HAS NOT PRODUCED LEGAL PROPERTY From SHELTON WASHINGTON - EVERGREEN unit AND 5th ADSEG, ISOLATION UNITED STATES SUPREME COURT AFFERMED GREEVENCES ARE PROTECTED RIGHTS ON TOWLET PAPER, Copies Went out From ADSEG, TUSDAY 9/12/24; 9/16/24 citing COSTUDAL ASSULT, BY OFFICER Shane fleming, SHELTON WASHINGTON, Plantiff WAS Housed IN EEU A 103, ADSEG SHELTON WASHINGTON, AND THE ADJENCENT ADSEG SHELTON WASHINGTON. Kites went out to SHELTON PROPERTY 15th SEPTMBER/24 X 3, ADSEG, SEEKING to SECURE ALL PROPERTY. DOC STAFF STATED 4 LEGAL BOXES with 2 PRESEDENTS CERTIFED SIGNATURES, 1 FEDERAL COURT CERTIFED SIGNATURES, 6 SUPERIOR COURTS INCLUDING But NOT Limited TO R.N.R. REPORTS, PROSECUTORS PAPERS, P.R.P.S. HABEAS COURPES, FAMILY PICTURES, WITH DISTRICT COURT JUDGE TREVTAM GRASCO PASCO WASHINGTON CERTIFED Signature IN LEGAL BOXES, AND ON LEGAL BOXES," CON-TORTS FILED, TORTS Filed, Cite BRUCE V. YISK RETALLATION CLAIM, NOTE POINTS were Yoused IN 1980 THAN -

(6)

USED AGAEN VIOLITANG THE DOUBLE JEPORTY CLOUSE OF WASHINGTON STATE, CONSTETUTION. Cite EXCUTIVE ORDERS 1601, 1602, AND INCLUDEND But NOT Limited TO EXCUTIVE ORDER 13909. Cite 1.st JNS STATED WHITE, SECOND STATED NATIVE, Violateing ARZONA V. FERMENTA, U.S. BINS JUDES, DRUNKEN ATTORNEYS, PREJUDICE PROSECUTORS. NOTE PLAUTIFF WAS SANCITIONED ON 25th OF AUGEST for 12. DAYS, RELIED 16 LEGAL DAYS, SEPTMBER 2END, 2024, PlAUTIFF REFERD TO OFFICER Fleming ShQN, SHELTON WASHINGTON CorrectIONAL CENTER, THAT I WAS 10 LEGAL DAYS PAST THE SANTETIONS, ShQN Fleming ASSUITED ME, Citeing BRUSE v. YLSK, RETALLATION CLAIM RETROACTFULLY APPIYED. Cite RASE DISCRAMINATION CLAIM, COSTUDAL ASSULT, BREACH OF STATUTIONAL DUTYS. ENSTINE CLOUD 3, RETROACTFULLY Cite WOLF Bleed, Scaterd SPETER, Soler VICKENS, DEEP TAROUGH, BLACK WIDO, P.R.P. AND HACKS, CITE TO HACKER V. HACKER NO NEGITEVE APPIET HISTORY, Cite TO BuilDABUGERS V. U.N.ITED STATES. U.S. V. Hollingworth, U.S. V. BEAR: MCKLUSK V. ZAUT, CristANA DRESS CASE out OF KANSAS mISSOURI. SEEKENG A CESE ANDASSIST ORDER. NOTE PLAUTIFF CENSURED BOB FERGSON, FOmer A.G. ATTORNEY GENERAL, AND MICHELE EVENS SH SENTENGENG JUDGE, Cite CANNEN Rules of ETHICS

HEADNOTE: DENNIS V. SPARKS, JUDGES DO NOT POSSESS CONSTITUTIONAL AMUNITYS FROM CRIMINAL PROSECUTION, A DENNIS V SPARKS 449 U.S. 29, I Dennis v. SPARKS 9 95 U.S. 9 92, DENNIS V SPARKS 9 9 7 U.S. (7) 939

CITE STATE V. WALKER 182 Wn.2d 963, State v. Walker, 164 Wn. APP.724 (A) State v. Walker, 153 Wn. APP. 701 (4) State v. Walker, 13 Wn APP 595, (A) STATE v. Walker 2022 Wash APP. Lexas 1001, (4) State v. Walker, 2014 Wash. APP. Lexas 756, STATE V. WALKER (2009) For filing Purposes, 100 Pages of PRIVET INVESTAGION PAPERS, INSURED BY COWLITZ COUNTY OFFICE of Public Defence, office. 97 Pages RETURNED GREEvences filed resolutions filed, NEW ATTORNEY GENERAL AARON Wilmas Notified, SECUTARY OF STATE STEVE HOBBS Notified, tinA ORWELL, HOUSE PRO TEMP, NOTIFED, CYRES-HABBI former Lutent GENERAL NOTIFED Certified MAIL, U.S MARTIALS AND DEPUTY MARTIALS SERVICE NOTIFED CERTIFED MAIL, OLYMPIA Tumwater NoTIfed, Cite C.A.T [CONVINTION AGAINST TOTURE ACT] VIOLATED, Cite Cid, Cussup, AND Sin# compermised At CentRAL file Review. F.B.I. IRS NOTIFED. S.S.I NOTIfed certifed MAIL, from SHELTON WASHINGTON TUCWILLA WASHINGTON Office. U.S. MAIL, SENETE Rule 560, SENETE RULE 69 TESTMONEY APPLYED, NOTE Louis V. CASEY 2018 U.S. NOTIFY YOUR counsler She will contact SUPPERINTANT, (LO) RON HAINS. TO DIVliver To YOU. Cite R.C.W. 72.01060 Official misconduct, R.C.W. 9.2.80.010, Including But Not Limited to Poliy# 05-170 violating Employee conduct RETROACTfully APPLYED, AND R.C.W 10.73.120, PUBLIC DISCLOSURES ACT, SEEKING A PERMENT RESTRANING ORDER BE GRANTED SEEKING R.C.W. 7994 INSURED E Pament SECURED PARTY TRAUPHSER, cite chapter 137-08 W.A.C. PUBLIC RECORDS DISCLOSURE @ United STATES v. BOOKER 543 US 220, A SEE Hall v. Hall 584 U.S. 59 @ United STATES v. Sanchez Gomez 584 U.S. 381, ATTACH A Pearson V Callahan 555 U.S. 233, A Octane Fitness LLC. v. ICON Health & Fitness. Inc. 572 U.S. 545 @ HaloElecs. Inc. v. PulseElecs. Inc. 579 U.S. 43 RIVERS V. SPinnella, 2010 U.S. DIST LEXES 192 909 LLOYEDS OF LONDEN, ENSURED.
US 43 RIVERS     SCRIVENER ERROR

PlAntIff Completed Tostmasters And including But Not Limitted To THE TRUTH PROJECT DOc Lost ALL PROGRAM FILES. Cite CostAdul misconduct BREACH Of STATuteRAL Outys. EX-post FactO. Note KiosKED Counsler ms warner And THE RESENtencing. HQ AT AIRWAY Hights CORR CENTER.SPOKANE 11911 W. SPRAGE AVE PO BOX 2049 AIRWAY HIGHTS WA ZIP 99001. Quote SEND a Kiosk message TO RESENT Encing HQ. Your classification, counsler, attorney, And Community Support cAnAlso contact us at Doc.RESENtence Planning@ docl.wa.gov. A RESENtencing Specialist CAn assist with, pre-RElease. INdivuAl REENtRY Plan and essentiAl NEEDS Support, Identifying Goals and action Steps. Submitting referrals for RESGRSES, post-RElease, RESORCe CONNection - for food clothing, hYgiEne, IDentification. housing and more, Application ASSISTANce - for STAte, fEDERAl, tribal and/or other benefits. HeAltH SERVices - ASSistANce with medicAl, dentAl pRESCriptions and heAltH SERVises Needs. EMPloYMENT - CONNect IoNS, Employment opportunities and or Services, CONNection to REDACT financial aid enrollment, transcript support etc. Immediate RElEASES (within 90 dAys of resentencing/court action) are offerd the following resorses and assistAnce Efiled without PREJudice. footeNote cite ERIC VANDERCAMP CASE

(9)

HEAD Note R.C.W 360.070 APPlyed, Pigsy v. McBRIDE(2002) PRACEPE Return status minumEm, cite FROud 66 points
1. Cell Phone (flip top phone) with 3 months of free Servise. A RESENtencing Specilist that can Provide Pre and Post relense reentry Support. RESENtencing and RElense MaNager. Maurya Ayala. Sarah.ayala@doc 1.gov. Questions: docresentencePlanning@doc1.wa.gov. Cite to ombuds#H23184 MIK5 WA-23071-P4JO; Cite to BEATREST 6 CASE LAW, No NEW YORK V. SULLVAN PROTECTIONS, cite PeRSonAl RESTRANT Petition 30 PAGES Principles and cases On Procedures in Personal Restrant Petitions. Michael Johnston commissioner Walter Burton DEPuty commissioner Karl triebel Lead Staff ATTORNEY washington STATE supreme court 2022 Lexas ADDition. footNote R.C.W. 7994 SECURED Party TRANPHER. Cite ALLEN ShEPORD CASE LAW CONSERNING To Show PROBIE CAUSE. NOTE NEW CASE MGR SHERYll CORT of APPEALS NOIfed DOC SHALL Attmpt to NOTFY YOU of A collATTERAL ATtACK, JONES V. BONK (2005) u.s. APPlYED, INFROMANTION ANd BElief filed without Presudice under the color of State LAW. Dougther Notifed u.s. mAil from NB 31 BRITTANY LAGRACO KELSO WASHington Zip 98626, RESloutions filed, Cite Scott Peterson CASE. B.O.P NOTIFED Seeking A Signature Bond Bill of ATTIONER, Civil Rule 60B APPlYED SEE off the RECORDS Rule. 95ZB DEPISIONS, Dutys To Presurve EVIDENCE. APPlYED EMIDATE RELICE ORDER BEGRANted

(10)

Note on 11/12/24, Plantiff kiosked Resloution at Airway Hights And counsler ms. warfild, N.V.B. unit And C.U.S Same Unit. And counsler At T unit, And the Sentencing APP. Citeing Refference THE F.Y.I. APP. ON SECURS. District Court Judge Trinty Orasco Pasco Washington, Notifed Certifed mail S.S.I Notifed, Counsler warfild Notifed, Cited Quote Revert to Resloutons filed on 10/17/24, And 9/14/24, And 10,1024, Emergency Resloutions. F.B.I Notifed Certifed mail x 2, Counslers, Ron Hains, Notifed, U.S. Martials And Depety Martins Service Notifed Certifed Mail, Cite W.A.C. 654 violated fogery. Jones v. Bonk (2005) U.S. Case Law, Cited Defeateing the Resloution process. Cite costadual misconduct breach of statutary dutys inst ine cloud 3, Respectfully E Filed without Rrejudice Under the color of State Law, In indavuial And of Offical Capesitys. Download to all state local federal Including but not Limited to Internatual Brief Banks. Filed December 4th, Airway Hights Corr Cntr. Spokane 11919 W. Sprague Ave. P.O. Box 2049 Airway Hights WA 99001

FOOT NOTES, STATMENTS of FACTS, AND LAW, NOTE Plantiff[1] Had 2. RESPONCes PrePARED, FOR LEGAL RESPONCe, PREPAIRED AT EVERGREEN, [EE] SHELTON WASHINGTON, DOC HAS NOT PRESENTED THE LEGAL DOCUMENTS, IN ADDITION 2 LEGAL DISCOVERYS, COMPlAINTS ON Current CONVICTION And conditions of confinement, ~~~~~~, PREPAIRED FOR THE HONORABLE COURTS, MUITABLE RESLOUTIONS filed EX-POST-FACTO, Current AND ONGOING, NOTE 12 DIFFERENT Names (ie) Kites, 2. DIFFERENT D.O.C #, MANY Different Court DOCKET, Citeings, 1. STATes INFORMATION REQUESTED, FROM, S.C. INFORMATION DENIGHED. (2) STATES APPERENCe of PRO-SA-APPLENT. DOCKET TEXT SET, And DATE SET. NO APPEARENCe Of APPLENTEES, DEFUIT JUDGMENTS, BY MEMERY. (3) PLANTIFF COURT DOCKET STATED DISCREATE REVIEW. Cite ANd APPLY R.C.W.72.01.060 official misconduct And including But NOT Limited TO R.C.W. 9.2.80.010 R.C.W. 10.73.120, R.C.W. 10.73.100 U.S.C. 150-05, OBSTRUCTION of JUSTICE, JACKSEN Millikan. law firm (360) 866-3556 W.S.BA # 47786 # Blocked, PLANTIFF SENT LEGAL Documents To this firm And firm IN NEW YORK, SEEKING A RELACe ORDER, R.C.W. 9.95.85. EXPIDATED. NOTE THE NEW WAY 60, PUBlic Moddy V. MCDANUAL, RESPECTFULLY SUBMITTED, signed Scott wesley Humphrys PRINTED Scott WESLEY HumPHREYS (DOC# 372442) correct ~Noncorrect 372992 SIGNATURE INVALADED

(12)

Cite to fileings IN DISTRICT COURT PASCO WASHINGTON TRINTAY ORASCO. FROM Cotie RIDGE, correctional Center, NOTIFICATION Letter SENT FROM EVERGREEN UNIT SHELTON WASHINGTON, NOTIFICATION, Letters, SENT TO S.S.I. FROM STAFFORD Creek CORRECTIONAL center WASHINGTON STATE. SSI PRESENTED me with A CLAIM #, I PASSED THIS INFORMATION TO COUNSLER MS WARFILD N N B UNIT NEED A SSI HEREING, NO RESPONCe, PlaNTIFF TALKED TOO S.S.I. Officers. THAY STATED TO CONTACT THEM [REDACTED] WHEN RELECED. FOWORD COPIES TOO ALL INVOLVED PARTYS FILED WITH RESPECT AND IN EXTREMENGY GOOD FAITH. Note No Glasses. Bottom DENTURE, Dispossions filed. NO HIGENANE. PROPERTY STATES 4 LEGAL BOXES IN MONROUE, SHELTON STATED 4. SENT with CHAIN. with TRANTY ORASCO DISTRICT COURT JUDGES NAME ON BOXES AND P.O.A VICKIE COLOTUIO, SISTER DOUGHTERS NAME AND ADDRESS. 109 CARRAGE COURT KELSO WASHINGTON, POA ADDRESS 3039 FlORDA ST. LONGVIEW WA ZIP 98632. RESPECTFULLY DATED DECEMBER 4TH 2024 FROM TB UNIT 64 CELL AIRWAY HIGHTS CORR. CNTR SPOKANE 11919 W. SPRAGUE AVE. PO BOX 2049 AIRWAY HIGHTS. WA ZIP 99001, 60 LEGAL DOCUMENTS PRESENTED



NOTE CIVIL LEANS. AND SECUTRESTRENS PRESENTED. MONTIONS FOR TELAPHONIC HEREINGS PRESENTED TIMES THREE, EX-POST-FACTO, CURRENT AND ONGOING CITE Recant ~~[redacted]~~ INCLUDING BUT NOT LIMITED TO STATE v. JANES ONGOING ABOUSE. RESPECTFULLY. NOTE SPECIAL MASTER MOTION SPECAL MASTER COUNSEL COPIES NOT RETURNED. DUTYS TO PRESURVE ALL EVIDENCE fileings AND LAW. NOTE HANES v. KERNER U.S. 1972. CASES RESPECTFULLY. PRESENTED...

(13)